UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Stanley A. Boone  **RE:** MARIO JUAN TOMAS
Honorable United States Magistrate Judge  Docket Number: 0972 1:18MJ00163-001
Fresno, California  <u>**RECALL OF FEDERAL WARRANT**</u>

Your Honor:

Mario Juan Tomas is currently in compliance with his terms and conditions of supervision and the Probation Office respectfully recommends that the federal warrant, which was issued on May 31, 2019, be recalled at this time. It is further recommended that the violation petition in this matter be dismissed.

Respectfully submitted,

/s/ Tim Mechem

Tim Mechem
Supervising United States Probation Officer

Dated:  June 6, 2019
        Fresno, California

---

### ORDER OF THE COURT

**The Court orders:**

☑ The recall of the federal warrant issued on May 31, 2019, and the dismissal of the violation petition.

**IT IS SO ORDERED**.

Dated:  **Jun 6, 2019**

_____
UNITED STATES MAGISTRATE JUDGE

CC:
United States Probation
Assistant United States Attorney
Defense Counsel

1