# IN THE UNITED STATES DISTRICT COURT
# For The
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br>v.<br><br>MARIO J. TOMAS,<br><br>        Defendant. | Case No. 1:18-mj-00163-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Driving a Motor Vehicle at any time when that Person's Driving Privilege is Suspended or Revoked for a Conviction of Violation Section 23151 or Section 23153 If the Person So Driving has Knowledge of the Suspension or Revocation |
| **Sentence Date:** | February 7, 2019 |
| **Review Hearing Date:** | December 12, 2019 |
| **Probation Expires On:** | February 7, 2020 |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒      **Obey all federal, state and local laws**; and

☒      **Monetary Fines & Penalties in Total Amount of:** $500.00 fine and $10.00 special assessment.

## *COMPLIANCE:*

☒      Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒      Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒      To date, Defendant has paid his entire financial obligation.

☒      Compliance with Other Conditions of Probation:
Mr. Tomas is currently enrolled and participating in an 18 month DUI course. The program provider estimates that Mr. Tomas will complete the course in June, 2020. In light of this, Mr. Tomas anticipates moving the Court to extend probation to permit him additional time to complete the required course.

GOVERNMENT POSITION:

☒   The Government agrees to the above-described compliance.

☐   The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: December 5, 2019          */s/ William B. Taylor*
                                 WILLIAM B. TAYLOR
                                 Special Assistant United States Attorney

DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒   that the review hearing set for 12/12/2019 at 10:00 a.m.

　　☒   be continued to _____; or

　　☐   be vacated.

DATED: December 5, 2019          */s/ Matthew Lemke*
                                 MATTHEW LEMKE
                                 Assistant Federal Defender
                                 Counsel for Mario Tomas

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

　　☐   GRANTED.

　　☒   DENIED. However, the defendant is not ordered to appear. The Court will entertain the parties joint motion to modify terms of probation. The defendant is ordered to keep in contact with counsel for a new date will be set after the December 12, 2019 hearing to which defendant will be required to appear.

IT IS SO ORDERED.

Dated:  **December 9, 2019**                    _____
                                                UNITED STATES MAGISTRATE JUDGE