| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | MATTHEW LEMKE, D.C. Bar #1023347 |
| | Assistant Federal Defender |
| 3 | 2300 Tulare Street, Suite 330 |
| | Fresno, CA 93721 |
| 4 | Telephone: (559) 487-5561 |
| | Fax: (559) 487-5950 |
| 5 | |
| | Attorney for Defendant |
| 6 | MARIO J. TOMAS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:18-mj-00163-SAB |
| Plaintiff, | JOINT MOTION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. § 3563(C) AND; ORDER |
| vs. | |
| MARIO J. TOMAS, | |
| Defendant. | |

The parties, through their respective counsel, William Taylor, Special Assistant United States Attorney, counsel for plaintiff, and Matthew Lemke, Assistant Federal Defender, counsel for Defendant, hereby move pursuant to 18 U.S.C. § 3563(c) to modify Defendant Mario J. Tomas' probation. Presently, Mr. Tomas' term of probation is set to expire on February 7, 2020.

On February 7, 2019, the Court sentenced Mr. Tomas to serve 12 months of unsupervised probation, pay a $500.00 fine, pay a $10.00 special assessment, and complete a first-time offender DUI program.

The parties now request that Mr. Tomas' unsupervised probation be extended to allow him additional time to complete the court ordered education program. Mr. Tomas is currently enrolled in an 18 month DUI education course, provided by "The High Road Program." (ECF No. 10). The program provider estimates that Mr. Tomas will complete the course by the end of June 2020. Accordingly, the parties ask that Mr. Tomas' term of probation be extended and set to expire on

August 27, 2020.  Further, the parties ask the Court to set a review hearing for August 20, 2020.

<br>

                                        Respectfully submitted,
                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: January 15, 2020                /s/ *Matthew Lemke*
                                        MATTHEW LEMKE
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MARIO J. TOMAS

                                        MCGREGOR W. SCOTT
                                        United States Attorney

Date: January 15, 2020                /s/ *William Taylor*
                                        WILLIAM TAYLOR
                                        Special Assistant United States Attorney
                                        Attorney for Plaintiff

**ORDER**

The Court hereby accepts the above stipulation and adopts its terms as the order of this Court. Mr. Tomas' probation is thereby extended and set to expire on August 27, 2020. The probation review hearing set for January 16, 2020 is continued to July 23, 2020 at 10:00 a.m. Defendant is ordered to appear on that date and is ordered to file a status report 14 days prior to the July 23, 2020 hearing.

IT IS SO ORDERED.

Dated:   **January 15, 2020**

UNITED STATES MAGISTRATE JUDGE