HEATHER E. WILLIAMS, #122664
Federal Defender
MATTHEW LEMKE, D.C. Bar #1023347
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
MARIO J. TOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIO J. TOMAS,<br><br>Defendant. | Case No. 1:18-mj-00163-SAB<br><br>JOINT MOTION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. § 3563(C) AND; ORDER |

The parties, through their respective counsel, William Taylor, Special Assistant United States Attorney, counsel for plaintiff, and Matthew Lemke, Assistant Federal Defender, counsel for Defendant, hereby move pursuant to 18 U.S.C. § 3563(c) to modify Defendant Mario J. Tomas' probation. Presently, Mr. Tomas' term of probation is set to expire on February 7, 2020.

On February 7, 2019, the Court sentenced Mr. Tomas to serve 12 months of unsupervised probation, pay a $500.00 fine, pay a $10.00 special assessment, and complete a first-time offender DUI program.

The parties now request that Mr. Tomas' unsupervised probation be extended to allow him an additional month to complete the court ordered education program. Mr. Tomas is currently enrolled in an 18 month DUI education course, provided by "The High Road Program." (ECF No. 10). Due to concerns related to the coronavirus pandemic, counsel has been informed that in-person class meetings have been temporarily suspended. While Mr. Tomas continues to

participate in the program telephonically, his anticipated completion date has been delayed due to the change.  Upon information and belief, defense counsel estimates that Mr. Tomas will complete the course by the end of August 2020.  Accordingly, the parties ask that Mr. Tomas' term of probation be extended and set to expire on September 30, 2020.  Further, the parties ask the Court to set a review hearing for September 17, 2020.

                                  Respectfully submitted,
                                  HEATHER E. WILLIAMS
                                  Federal Defender

Date: July 10, 2020                /s/ *Matthew Lemke*
                                  MATTHEW LEMKE
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  MARIO J. TOMAS


                                  MCGREGOR W. SCOTT
                                  United States Attorney

Date: July 10, 2020                */s/ William Taylor*
                                  WILLIAM TAYLOR
                                  Special Assistant United States Attorney
                                  Attorney for Plaintiff

## ORDER

The Court hereby accepts the above stipulation and adopts its terms as the order of this Court. Mr. Tomas' probation is thereby extended and set to expire on September 30, 2020. A review hearing is set for September 17, 2020.

IT IS SO ORDERED.

Dated:   **July 20, 2020**

UNITED STATES MAGISTRATE JUDGE