# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>v.<br><br>MARIO J. TOMAS,<br><br>  Defendant. | Case No. 1:18-mj-00163-SAB<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Driving a Motor Vehicle at any time when that Person's Driving Privilege is Suspended or Revoked for a Conviction of Violation Section 23151 or Section 23153 If the Person So Driving has Knowledge of the Suspension or Revocation |
| **Sentence Date:** | January 15, 2020 |
| **Review Hearing Date:** | July 23, 2020 |
| **Probation Expires On:** | August 27, 2020 (ECF No. 24) |

## *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $500.00 fine and $10.00 special assessment.

☒ Community Service hours Imposed of: 0

☒ Other Conditions: complete DUI Offender Program

## *COMPLIANCE:*

☐ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid his entire financial obligation.

☒ Compliance with Other Conditions of Probation:
Mr. Tomas is currently enrolled and participating in an 18 month DUI course. Due to concerns related to the coronavirus pandemic, the program has temporarily ceased in-person class meetings. While Mr. Tomas continues to participate in the program telephonically, his anticipated completion date has been delayed due to the change. In light of this, Mr. Tomas anticipates filing a formal request to extend probation in order to permit him additional time to complete the required course as planned.

## *GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: July 10, 2020              */s/ William B. Taylor*
                                  WILLIAM B. TAYLOR
                                  Special Assistant United States Attorney

## *DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 7/23/2020 at 10:00 a.m.

☒ be continued to September 17, 2020 at 10:00 a.m.; or

☐ be vacated.

DATED: July 10, 2020              */s/ Matthew Lemke*
                                  MATTHEW LEMKE
                                  Assistant Federal Defender
                                  Counsel for Mario Tomas

## <u>ORDER</u>

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing set for 7/23/2020 at 10:00 a.m. be continued to September 17, 2020 at 10:00 am.  The defendant is ordered to appear.

☐ DENIED.

IT IS SO ORDERED.

Dated: **July 20, 2020**

              UNITED STATES MAGISTRATE JUDGE