# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>v.<br><br>MARIO J. TOMAS,<br><br>               Defendant. | Case No. 1:18-mj-00163-SAB<br><br>**DEFENDANT'S AMENDED STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Driving a Motor Vehicle at any time when that Person's Driving Privilege is Suspended or Revoked for a Conviction of Violation Section 23151 or Section 23153 If the Person So Driving has Knowledge of the Suspension or Revocation |
| **Sentence Date:** | January 15, 2020 |
| **Review Hearing Date:** | September 17, 2020 |
| **Probation Expires On:** | September 30, 2020 (ECF No. 27) |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒     **Obey all federal, state and local laws**; and

☒     **Monetary Fines & Penalties in Total Amount of:** $500.00 fine and $10.00 special assessment.

☒     Community Service hours Imposed of: 0

☒     Other Conditions: complete DUI Offender Program

## COMPLIANCE:

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☒ To date, Defendant has paid his entire financial obligation.

☒ Compliance with Other Conditions of Probation:
Mr. Tomas completed a DUI course on August 28, 2020. *See* Exhibit A.

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

DATED: September 4, 2020        */s/ William B. Taylor*
                                WILLIAM B. TAYLOR
                                Special Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 9/17/2020 at 10:00 a.m.

☐ be continued.; or

☒ be vacated.

DATED: September 4, 2020        */s/ Matthew Lemke*
                                MATTHEW LEMKE
                                Assistant Federal Defender
                                Counsel for Mario Tomas

## ORDER

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED.  The Court orders that the Review Hearing be vacated.

☐ DENIED.

IT IS SO ORDERED.

Dated:   **September 11, 2020**

UNITED STATES MAGISTRATE JUDGE

3